## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No.**  CR-16-244-F |
| | ) | |
| **KATHLEEN MARIE SMITH,** | ) | **Violation:  29 USC § 501(c)** |
| **a/k/a Kathy Smith,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

From in or about November, 2010, through in or about December, 2012, in

the Western District of Oklahoma,

---------------------------------- **KATHLEEN MARIE SMITH,**
                                   **a/k/a Kathy Smith,**  --------------------------------------

while serving as Financial Secretary-Treasurer of the Local Lodge (LL) 850, a labor

organization engaged in an industry affecting commerce within the meaning of Sections

402(i) and 402(j) of Title 29 of the United States Code, did embezzle, steal and unlawfully

and willfully convert to her own use and the use of others moneys of said labor organization in the approximate amount of $18,658.08.

All in violation of Title 29, United States Code, Section 501(c).

MARK A. YANCEY
United States Attorney

ROZIA McKINNEY-FOSTER
Assistant U.S. Attorney

2